IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00541-PAB

NEVE DESIGNS, INC.

      Plaintiff,

v.

RS DESIGN, LLC, and
RHONDA SWENSON,

      Defendants.

---

## ORDER OF RECUSAL

---

      This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, counsel for plaintiff Neve Designs, Inc. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

      ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

      DATED March 9, 2010.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge