IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00541-REB-KLM

NEVE DESIGNS, INC.,

    Plaintiff,

v.

RS DESIGN, LLC, d/b/a "With a Twist" and/or "Twist Knitwear," a Colorado limited liability company, and
RHONDA SWENSON, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Notice of Dismissal With Prejudice** [#9] filed May 7, 2010. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Notice of Dismissal With Prejudice** [#9] filed May 7, 2010, is **APPROVED**;

2. That any pending motion, including the **Motion to Dismiss** [#8], is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 11, 2010, at Denver, Colorado.

                                      **BY THE COURT:**

                                      Robert E. Blackburn
                                      United States District Judge